FILED

01/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0402

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CAUSE NO. DA 21-0402

THOMAS MANN POST NO. 81 OF
THE AMERICAN LEGION,
DEPARTMENT OF MONTANA, a
Montana public benefit corporation, and
the TOWN OF CULBERTSON, a
political subdivision of the State of
Montana,

      Plaintiffs, Counterdefendants,
      and Appellees,

    v.

KNUDSEN FAMILY LIMITED
PARTNERSHIP,

      Defendant, Counterclaimant,
      and Appellant.

**ORDER GRANTING APPELLEE
AMERICAN LEGION'S
SECOND MOTION FOR
EXTENSION OF TIME**

Upon consideration of the motion of seeking an extension of time filed by

Appellee Thomas Mann Post No. 81 of the American Legion, Department of

Montana (the "Legion"), the motion being unopposed, and for good cause shown,

The Legion's Motion for a 30-day extension of time to file its response brief

is GRANTED. Appellee Legion's response brief shall be filed on or before

February 16, 2022.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 7 2022